**Kelvin J. MILES, Petitioner—Appellant,**

v.

**WARDEN, MCI–H, Hagerstown, Respondent—Appellee.**

No. 04–7924.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2005.

Decided May 16, 2005.

Kelvin J. Miles, Appellant pro se.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kelvin J. Miles appeals the district court's order denying his Fed.R.Civ.P. 60(b)(6) motion seeking relief from the denial of his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*